UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>PIEOLOGY TRADING POST, LP, et. al,<br><br>    Defendants. | No. 1:20-cv-00956-AWI-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

On December 1, 2020, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 11.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 3, 2020**                           /s/ *Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE